UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/09/2013

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SONYA M. PORRETTO | § | CHAPTER 7 |
| aka Sonya Nelson | § | CASE 09-35324 |
| dba Porretto Beach | § | |

**ORDER ON DEBTOR'S MOTION TO DISMISS THE MOTION FOR REHEARING DEBTOR'S MOTION FOR EMERGENCY HEARING REQUEST**
(438) (439)

On *December 9, 2013*, the Court considered the Debtor's Motion to Dismiss the Motion for Rehearing of Debtor's Motion for Emergency Hearing Request.

The Court finds that the Debtor's Motion is unopposed by the Bankruptcy Trustee and that the Motion to Dismiss the Motion for Rehearing should be granted.

IT IS THEREFORE ORDERED that the Debtor's Motion to Dismiss the Motion for Rehearing of the Debtor's Motion for Emergency Hearing Request is GRANTED.

Signed:   December 09, 2013

Jeff Bohm
Chief United States Bankruptcy Judge

APPROVED AND ENTRY REQUESTED:

/Douglas T. Godinich/
Douglas T. Godinich, Attorney At Law
2127 Broadway,
Galveston, TX, 77550
409.763.2454
409.763.4309 facsimile
FIN: 23551
dtglaw1@aol.com