United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 12, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | |
| **Sonya M. Porretto,** | § | **Case No. 09-35324** |
| Debtor | § § § § | **Chapter 7** |

### Order
### [Relates to ECF 789, 797, 801, 804, 805, 809 and 811]

**Came on for consideration,** the Limited Objection to Trustee's Final Report filed at ECF 801 (the "Limited Objection"), and the Objection to Claim No. 21 (the "Claim Objection") filed at ECF 804 and 805, and after consideration of same, and, it is hereby,

**ORDERED,** that Claim No. 21 filed by Greer, Herz & Adams, LLP is withdrawn; it is further,

**ORDERED,** that withdrawal of Claim No. 21 shall not be used as evidence in any other manner with respect to any issue in any future litigation or proceeding involving Greer, Herz & Adams, LLP; it is further,

ORDERED, that the Trustee's Application for Compensation and Expenses (ECF 789) is approved.

**ORDERED,** that the Trustee's Amended Final Report is hereby modified to reflect that Claim No. 21 is withdrawn; it is further,

**ORDERED,** that the Limited Objection at ECF 801 and the Objection to Claim No. 21 at ECF 804 and 805 are moot given the withdrawal of Claim No. 21; it is further,

**ORDERED,** that the Trustee may proceed to make distributions as provided in the Amended Trustee's Final Report at ECF 797; it is further,

**ORDERED,** that the property of the Estate not heretofore administered is deemed abandoned to the Debtor, Sonya Porretto, including but not limited to the Final Judgment and Turnover Order against Darryl A. Nelson in Bankruptcy Adv. No. 11-03226 ("Judgment") in the amount of $1,071,608.81, plus attorney fees of $14,309.00, plus post-judgment interest of .17% with Randy W. Williams, Trustee and the Estate having no further interest in the Judgment.

**Signed:  April 12, 2022.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE